**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:24-cv-80702-ROSENBERG/Reinhart**

RICHARD MAROUS, individually and
on behalf of all others similarly situated,

Plaintiff,

v.

NOW OPTICS HOLDINGS, LLC d/b/a
STANTON OPTICAL,

Defendant.
_____________________________________/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

# JOINT STATEMENT

Plaintiff Richard Marous and Defendant Now Optics Holdings LLC d/b/a Stanton Optical, collectively the "Parties," by and through their undersigned counsel, hereby jointly respond to the Court's Order [DE 86] indicating their position as follows:

The parties respectfully request for summary judgment briefing to proceed, but also intend to attend mediation in good faith on March 11, 2025.

## CONSENT OF COUNSEL

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Defendant represents to the Court that counsel for Plaintiff have authorized them to affix their electronic signatures to this joint statement.

Dated: February 28, 2025

**Respectfully submitted:**

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
mhiraldo@hiraldolaw.com
Florida Bar No. 030380
401 E Las Olas Blvd., Ste. 1400
Fort Lauderdale, FL 33301
305.336.7466
*Counsel for Plaintiff*

**SHUTTS & BOWEN LLP**

*/s/ Frank A. Zacherl*
Frank A. Zacherl, Esq.
FZacherl@shutts.com
200 South Biscayne Blvd, Suite 4100
Miami, FL 33131
Telephone: 305-347-7305

*Counsel for Defendant*