UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 9:24-cv-80702-RLR

RICHARD MAROUS, on behalf of all others similarly situated,

Plaintiff,

vs.

NOW OPTICS HOLDINGS, LLC d/b/a STANTON OPTICAL,

Defendant.

______________________________________ /

**DEFENDANT'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, Now Optics Holdings, LLC ("Now Optics"), by and through undersigned counsel and pursuant to Local Rule 56.1(a) respectfully files it Statement of Material Facts in Support of its Cross-Motion for Summary Judgment and states the following:

1. Now Optics, through its subsidiaries, operates optometry stores throughout the country under the Stanton Optical brand. *See* Transcript of Deposition of Lukana Justin ("Justin Dep."), attached hereto as **Exhibit A**, at 14:18-20. Defendant, through its retail stores and online store, offers over-the-counter vision supplements, eyeglasses, contact lenses, and sunglasses. *Id.* at 13:8-15. Defendant also leases space to independent physicians in its retail stores who offer and conduct eye exams. *Id.* at 12:8-14.

2. Now Optics' portfolio of brands includes My Eyelab, Stanton Optical, and Frame Genie. *Id.* at 14:3-7.

3. In the fourth quarter of 2023, Now Optics transitioned its My Eyelab branded retail stores to the Stanton Optical brand. *Id.* at 14:21-15:3; *see also* Declaration of Lukana Justin

("Justin Dec."), attached hereto as **Exhibit B**, at ¶ 4. The transition involved a complete rebranding of the retail stores, including renovations and signage changes. Ex. B., Justin Dec. at ¶ 5. The website domain www.myeyelab.com was to be transitioned to www.stantonoptical.com. *Id.*

4. The transition also included a communication component to inform customers about the transition, which included email, radio, television, and SMS text messaging communication. *Id.* at ¶ 7.

5. Richard Marous was a customer of a My Eyelab location in Gainesville, Florida. Ex. A., Justin Dep. at 47:13-25. That store was transitioning to the Stanton Optical brand. *Id.*

6. In order to inform its customers of the transition, Now Optics sent its customers, including Richard Marous, four (4) text messages before, during, and after the transition. Ex. A, Justin Dep. at 26:19-27:25. Mr. Marous received these messages on October 9, 2023, October 16, 2023, November 2, 2023, and January 17, 2024. First Amended Complaint at ¶ 15.

7. The purpose of sending the transition messages was to avoid customer confusion and ensure that My Eyelab customers knew that their location was transitioning to a new brand, Stanton Optical. *See* Ex. A, Justin Dep. at 50:25-51:5 ("We wanted to make sure that all My Eyelab customers knew that this location store was now going to be a Stanton Optical store. So, they would know where to go to the next time they needed services from their local optical store."); Ex. B, Justin Dec. at ¶ 8. These text messages are purely informational and were not sent with the intention to sell anything. *See* Ex. A, Justin Dep. at 27:16:25 ("We consider those messages to be informational because we're informing customers of an important change to the location that they've visited before.").

8. The inclusion of the link to the www.stantonoptical.com in the October 16, 2023, November 2, 2023, and January 17, 2024 messages was done to ensure that customers were

directed to the correct website. *See* Ex. B, Justin Dec. at ¶ 6.

9. Plaintiff at his deposition demonstrated confusion regarding the different brands. *See* Deposition of Richard Marous ("Marous Dep."), attached hereto as **Exhibit C**, at 54:10-14; 104:10-16.

10. On September 19, 2025, Lukana Justin emailed some members of the marketing team expressing concerns about customer confusion. Specifically, she wrote, [redacted]. *See* Ex. 1 to the Justin Dec at p. 2-3.

11. October 14, 2023, [redacted] *Id.* at p. 11-17.

12. On October 15, 2023, [redacted]. *Id.* at p. 8 [redacted]

13. In response to a franchisee's questions, Ms. Justin informed [redacted] *Id.* at 7.

14. Plaintiff testified in deposition concerning the use of his mobile phone for his photography business. *See* Ex. C, Marous Dep. at 92:20-24; 96:3-7. His phone number is also

listed for his photography business on Google. *See* Google search attached hereto as **Exhibit D**.

15. Plaintiff voluntarily provided his telephone number to Defendant. Ex. C, Marous Dep. at 57:11-20. Plaintiff did not revoke that consent until after the April 11, 2024 text message. *Id.* at 35:23-36:7; 87:23-88:15.

16. Now Optics also sent Mr. Marous text messages on January 15, 2024, February 14, 2024, and February 23, 2024. First Amended Complaint at ¶ 15. These three messages were sent to remind Mr. Marous of his overdue eye exams. *See* Ex. A., Justin Dep. at 67:9-14.

17. Mr. Marous was also sent an April 11, 2024 text message as alleged in the Amended Complaint at paragraph 15, but that message was sent as a result of an error on the part of the vendor used by Defendant. *See* Ex. A, Justin Dep. at 45:22-46:14.

Dated: March 7, 2025

Respectfully submitted,

***By: /s/ Frank A. Zacherl***
Frank A. Zacherl, Esq.
Florida Bar No. 868094
FZacherl@shutts.com
Oliver Sepulveda, Esq.
Florida Bar No. 111763
OSepulveda@shutts.com

**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd., Suite 4100
Miami, Florida 33131
Telephone: (305) 347-7305
Facsimile: (305) 347-7705
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 2025, a true and correct copy of the foregoing has been furnished via CM/ECF to all parties on attached service list.

*/s/Frank A. Zacherl*
FRANK A. ZACHERL

**RICHARD MAROUS,**
**individually and on behalf of all others similarly situated,**
**v.**
**NOW OPTICS HOLDINGS, LLC d/b/a STANTON OPTICAL**
**United States District Court**
**Southern District of Florida**
**Case No. 9:24-cv-80702-RLR**

## SERVICE LIST

Rachel N. Dapeer, Esq.
DAPEER LAW, P.A.
20900 NE 30th Avenue
Suite 417
Aventura, Florida 33180
rachel@dapeer.com

*Counsel for Plaintiff*

Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com

*Counsel for Plaintiff*