UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 9:24-cv-80702-RLR

RICHARD MAROUS, on behalf of all
others similarly situated,

Plaintiff,

vs.

NOW OPTICS HOLDINGS, LLC
d/b/a STANTON OPTICAL,

Defendant.
_______________________________________ /

**RULE 26(A)(1) INITIAL DISCLOSURES BY**
**NOW OPTICS HOLDINGS, LLC**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), NOW OPTICS HOLDINGS, LLC ("Now Optics"), serves the following initial disclosures:

A. Persons likely to have discoverable information that may be used by Now Optics to support its defenses:

1. Authorized representative(s) of Now Optics
c/o Frank A. Zacherl, Esq. and Oliver Sepulveda, Esq.
Shutts & Bowen LLP
200 South Biscayne Boulevard
Suite 4100
Miami, Florida 33131

2. Lukana Justin
Chief Marketing Officer at Now Optics
c/o Frank A. Zacherl, Esq. and Oliver Sepulveda, Esq.
Shutts & Bowen LLP
200 South Biscayne Boulevard
Suite 4100
Miami, Florida 33131

Lukana Justin was the primary contact between Now Optics and its SMS vendor Emarsys North America, Inc.

3. Authorized representative(s) and other employees of Emarsys North America, Inc.
10 W. Market Street, Suite 1350
Indianapolis, IN 46204

4. Plaintiff, Richard Marous

5. Witnesses on Plaintiff's Rule 26 Disclosures

B. Location of documents, data compilations, and tangible things in the possession, custody or control of Now Optics that it may use to support its defenses:

- Any documents referenced/included in Plaintiff's Rule 26 Disclosure;

- Call logs documenting calls to Now Optics Placed by Richard Marous.

- Text message logs documenting text messages sent to and from Richard Marous.

- Agreements between Defendant and independently-owned medical practices.

Now Optics has yet to file its answer and affirmative defenses. Now Optics reserves the right to supplement these disclosures upon discovery of additional documents that may be relevant to its defenses upon discovery of same.

C. Computations of any category of damages claimed by Now Optics:

Not applicable

D. Insurance agreements under which an insurer might be liable to satisfy any judgment which may be entered against Now Optics or to indemnity or reimburse Now Optics for payments made to satisfy any such judgment:

None.

Now Optics' evaluation of witnesses, documents and things it may use in support of its defenses and claims continues. By making these disclosures, Now Optics does not represent that it has identified every document, tangible thing or witness possibly relevant to this lawsuit. Nor does Now Optics waive its right to object to the production of any document or tangible thing disclosed herein. Accordingly, Now Optics reserves the right to supplement this disclosure. Now

Optics will timely supplement this pre-discovery disclosure as necessary under Fed. R. Civ. P. 26(e).

Dated: August ___, 2024

Respectfully submitted,

***By: /s/ Frank A. Zacherl***
Frank A. Zacherl, Esq.
Florida Bar No. 868094
FZacherl@shutts.com
Oliver Sepulveda, Esq.
Florida Bar No. 111763
OSepulveda@shutts.com

**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd., Suite 4100
Miami, Florida 33131
Telephone: (305) 347-7305
Facsimile: (305) 347-7705
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2024, a true and correct copy of the foregoing has been furnished via email to all parties on attached service list.

*/s/Frank A. Zacherl*
FRANK A. ZACHERL

**RICHARD MAROUS,**
**individually and on behalf of all others similarly situated,**
**v.**
**NOW OPTICS HOLDINGS, LLC d/b/a STANTON OPTICAL**
**United States District Court**
**Southern District of Florida**
**Case No. 9:24-cv-80702-RLR**

**SERVICE LIST**

Rachel N. Dapeer, Esq.
DAPER LAW, P.A.
20900 NE 30th Avenue
Suite 417
Aventura, Florida 33180
rachel@dapeer.com

*Counsel for Plaintiff*

Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com

*Counsel for Plaintiff*