UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80702-CIV-SINGHAL

RICHARD MAROUS, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

NOW OPTICS HOLDINGS, LLC d/b/a
STANTON OPTICAL,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice filed by the parties. (DE [134]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that all claims of Plaintiff, individually, are **DISMISSED WITH PREJUDICE,** and all claims of the putative class members are **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of September 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF